# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| Missy Baker, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:22-cv-03148 |
| Walmart Inc., | ) ) | District Judge Colin Stirling Bruce |
| Defendant. | ) ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Missy Baker, by and through undersigned counsel, hereby dismisses with prejudice all claims against Defendant Walmart Inc. in this action, each side to bear their own attorneys' fees and costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

NOW THEREFORE, Plaintiff's claims are dismissed with prejudice against Defendant Walmart Inc.

Dated:  February 22, 2023            Respectfully submitted,

*s/* Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com

*Attorney for Plaintiff Missy Baker*